479 A.2d 1118

Commonwealth v. Brundage, Appellant.

Submitted May 4, 1984. Daniel McGee, for appellant; Robert A. Mix, District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.